**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 20, 2023

<u>Via ECF</u>

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>United States v. Jimoh Aderomilehin</u>
      **20 Cr. 3-17 (KPF)**

Dear Judge Failla,

     We write on behalf of Mr. Aderomilehin to respectfully request that the Court issue an amended judgment in this case waiving interest on Mr. Aderomilehin's restitution obligation. The Government takes no position on this request.

     On October 5, 2022, the Court sentenced Mr. Aderomilehin and entered an order of restitution in the amount of $1,029,754.66, which was docketed on October 12, 2022. *See* Doc. 403. While the Court did not impose a fine in this case, consistent with the Probation Department's determination that Mr. Aderomilehin did not have the ability to pay a fine (PSR ¶ 118), the judgment document entered by the Court reflects that Mr. Aderomilehin must pay interest on any restitution or fine of more than $2,500. *See* Doc. 401 at 6; Sent. Tr. at 34:10. Such interest has been accruing since entry of these orders.

     For the same reasons that the Court did not impose a fine in this case, we respectfully request that the Court issue an amended judgment and waive interest on Mr. Aderomilehin's restitution obligations pursuant to 18 U.S.C. § 3612(f)(3)(A). Section 3612(f)(3)(A) permits the Court to waive the requirement for interest on restitution obligations "if the [C]ourt determines that the defendant does not have the ability to pay interest." The Court has the authority to waive such interest post-sentencing. *See United States v. Phillips*, 9 F.4th 382 (6th Cir. 2021) (recognizing district court's authority and jurisdiction to waive interest on restitution post-sentencing); *cf. United States v. Laurensen*, 648 F.3d 115, 117 (2d Cir. 2011) (denying post-sentencing request to waive delinquency and default penalties while noting that "Congress granted district courts the power to waive or modify interest obligations, while granting only the Attorney General the authority to waive all or part of delinquency and default penalties").

**United States v. Jimoh Aderomilehin**
**20 Cr. 3-17 (KPF)**

As such, we respectfully request that the Court enter an amended judgment waiving interest on Mr. Aderomilehin's restitution obligations.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:     AUSA Alexander Li

```
Application GRANTED.  The Court will issue an amended judgment
under separate cover pursuant to Fed. R. Crim. P. 36.

The Clerk of Court is directed to terminate the motion at docket
entry 454.



Dated:     April 21, 2023          SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE